IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>         Plaintiff(s),              )<br>                                    )<br>vs.                                 )<br>                                    )<br>Erika Melissa Castro-Rios,          )<br>         Defendant(s).              )<br>                                    )  | NO. CR 10-00454-FRZ-GEE<br><br>ORDER |

This matter was referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636(b)(1)(B) and the local rules of practice of this Court for hearing and report and recommendation on Defendant's Motions to Suppress [Docs 40, 41, 42 and 43].

On January 31, 2011, Magistrate Judge Glenda E. Edmonds conducted a hearing and on March 31, 2011 issued her Report and Recommendation [Doc 63]. A copy was sent to all parties. Defendant filed an Objection to Report and Recommendation re Motions to Suppress Evidence and Statements [Doc 65]. The Government filed its Response to Defendant's Objections [Doc 66].

The Court, having made an independent review of the record herein, orders as follows:

IT IS ORDERED that Magistrate Judge Edmonds' Report and Recommendation is ACCEPTED and ADOPTED by this Court as the findings of fact and conclusions of law in this matter.

IT IS ORDERED that the objection filed by Defendant is DENIED.

IT IS FURTHER ORDERED that the Motions to Suppress are DENIED.

DATED this 27th day of April, 2011.

_____
Frank R. Zapata
Senior United States District Judge